IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20-CV-00158 |
| v. | (Chief Judge Brann) |
| JAMES EDWARD KING and CHRISTOPHER LEE BROWN, | |
| Defendants. | |

## ORDER

JANUARY 14, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant James King's motions to suppress evidence obtained from the (a) seizure of the UPS package, (b) search of the UPS package, (c) traffic stop and inventory search, (d) arrest of the Defendants, (e) searches of his car and the trailer home at 655 Pine Cone Drive, and (f) search of his cell phone records (Doc. 36 ¶¶ 7(A), (B); Doc. 37 ¶¶ 8–140) are **DENIED**.

2. Defendant Christopher Brown's motion to suppress evidence (Doc. 56) is **DENIED**.

3. Defendant King's motion to dismiss for allegedly destroying, or otherwise failing to produce, certain evidence (Doc. 36 ¶¶ 7(C), (F); Doc. 37 ¶¶ 141–81; Doc. 60; Doc. 81) is **DENIED**.

4. Defendant King's motion to challenge the credibility of certain Government witnesses (Doc. 36 ¶ 7(G); 37 ¶¶ 197–201) is **DENIED**.

5. Defendant King's request for a *James* hearing (Doc. 36 ¶ 7(H); Doc. 37 ¶¶ 202–10) is **DENIED**.

6. Defendant King's motion to dismiss for malicious prosecution (Doc. 36 ¶ 7(L); Doc. 37 ¶¶ 217–18) is **DENIED**.

7. Defendant King's motion to dismiss for failure to prosecute (Doc. 45) is **DENIED**.

8. Defendant King's motion "to direct the Government to clarify on the record it's 'last minute decision to take this case on and prosecute it'" (Doc. 49) is **DENIED**.

9. The remaining motions and requests contained in Defendant King's Omnibus Pre-Trial Motion (Doc. 36 ¶¶ 7(D), (E), (I)–(K), (M), (N)) are **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge